CHARLES L. RATHBORNE, Respondent, *v.* EDWARD HATCH, Appellant.

*Rathborne* v. *Hatch,* 90 App. Div. 151, affirmed.
(Argued February 27, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Edward W. S. Johnston* and *Henry Tompkins* for appellant.

*George E. Morgan* and *Charles N. Morgan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

BUTLER BROTHERS, Respondent, *v.* CHARLES F. HIRZEL et al., Appellants.

*Butler Brothers* v. *Hirzel,* 87 App. Div. 462, affirmed.
(Argued February 28, 1905; decided March 14, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1903, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Lorenzo Ullo* for appellants.

*George Ryall* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.